1 | Valerie F. Horn, Esq. (CSB No. 151161)
VALERIE F. HORN & ASSOCIATES, APLC
2 | 1801 Century Park East
Twenty-Fourth Floor
3 | Los Angeles, California 90067
Telephone: (310) 888-8494
4 | Facsimile: (310) 888-8499

5 | Attorneys for Defendants GIRL BAR, INC., SANDY SACHS,
ROBIN GANS AND ERRONEOUSLY NAMED GB PRODUCTIONS

6 |

### UNITED STATES DISTRICT COURT

7 |

### NORTHERN DISTRICT OF CALIFORNIA

8 |

9 | MARIAH HANSON, an individual, MT          )   CASE NO. C054146~~MEJ~~  MMC
PRODUCTIONS, INC., A California          )
10 | Corporation, and MARIAH HANSON dba )   **STIPULATION TO RESPOND TO THE**
CLUB SKIRTS AND MT                      )   **COMPLAINT AND [~~PROPOSED~~] ORDER**
11 | PRODUCTIONS,                             )   **THEREON**
                                          )
12 |              Plaintiffs,                )
                                          )
13 |        vs.                              )
                                          )
14 | GIRL BAR, INC., a California Corporation,)
GB PRODUCTIONS, A California            )
15 | Corporation, ROBIN GANS, an individual, )
SANDY SACHS, an individual,             )
16 |                                          )
              Defendants.                  )
17 | _____

18 |        IT IS HEREBY STIPULATED by and between Plaintiffs Mariah Hanson, MT

19 | Productions, Inc., Mariah Hanson dba Club Skirts and MT Productions, through their attorney of

20 | record, Eileen R. Ridley, Esq., of Foley & Lardner LLP, on the one hand, and Defendants Girl

21 | Bar, Inc, GB Productions, Robin Gans and Sandy Sachs, through their attorney of record Valerie

22 | F. Horn, Esq., of Valerie F. Horn & Associates, A Professional Law Corporation, on the other

23 | hand, that Defendants Girl Bar, Inc, GB Productions, Robin Gans and Sandy Sachs shall have an

24 | ///

25 | ///

26 | ///

27 | ///

28 |

- 1 -

**STIPULATION TO RESPOND TO THE COMPLAINT
AND PROPOSED ORDER**

1  extension to respond to the Complaint from November 9, 2005, up to and including November

2  21, 2005.

3  IT IS SO STIPULATED.

4

5

6  DATED: 11/4/05                          FOLEY & LARDNER LLP
                                          ATTORNEYS AT LAW
7

8                                         By:_____
                                              EILEEN R. RIDLEY, ESQ.
9                                             ATTORNEYS FOR PLAINTIFFS

10
    DATED:                                VALERIE F. HORN & ASSOCIATES
11                                        A PROFESSIONAL LAW CORPORATION

12

13                                        By:_____
                                              VALERIE F. HORN, ESQ.
14                                            ATTORNEYS FOR DEFENDANTS

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 2 -
                    STIPULATION TO RESPOND TO THE COMPLAINT
                             AND PROPOSED ORDER

1  extension to respond to the Complaint from November 9, 2005, up to and including November

2  21, 2005.

3  IT IS SO STIPULATED.

4

5

6  DATED:                              FOLEY & LARDNER LLP
                                       ATTORNEYS AT LAW
7

8                                      By:_____
                                          EILEEN R. RIDLEY, ESQ.
9                                         ATTORNEYS FOR PLAINTIFFS

10 DATED:  11/4/05                     VALERIE F. HORN & ASSOCIATES
                                       A PROFESSIONAL LAW CORPORATION
11

12

13                                     By:_____
                                          VALERIE F. HORN, ESQ.
14                                        ATTORNEYS FOR DEFENDANTS

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                     - 2 -
                        STIPULATION TO RESPOND TO THE COMPLAINT
                                  AND PROPOSED ORDER

1

## ORDER

2

3      Based upon the Stipulation of the parties and good cause appearing therefor, it is ordered

4   that Defendants Girl Bar, Inc, GB Productions, Robin Gans and Sandy Sachs shall have an

5   extension to respond to the Complaint from November 9, 2005, up to and including November

6   21, 2005.

7

8   IT IS SO ORDERED.

9   DATED: November 8, 2005

10                                              _____
                                                UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       - 3 -