IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH HANSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GIRL BAR, INC., et al.,<br><br>    Defendants | No. C-05-4146 MMC<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR ORDER SHORTENING TIME FOR HEARING MOTION FOR PRELIMINARY INJUNCTION; SHORTENING TIME FOR HEARING ON MOTION TO DISMISS; BRIEFING SCHEDULE** |

    Before the Court is plaintiffs' application for an order shortening time for the hearing on plaintiffs' application for a preliminary injunction. Defendants have filed opposition, to which plaintiffs have replied. Having reviewed the papers submitted in support of and in opposition to the application, the Court rules as follows.

    Good cause appearing from plaintiffs' application, the Court will hear the motion for a preliminary injunction on shortened time and will advance the hearing from January 6, 2006 to Tuesday, December 20, 2005, at 10:00 a.m. Additionally, the hearing on defendants' motion to dismiss or transfer plaintiff's complaint, to the extent the motion seeks dismissal on grounds of improper venue, will be advanced from January 6, 2006 to December 20, 2005, at 10:00 a.m.[1]

---

[1] Defendants' motion to dismiss or transfer, to the extent the motion seeks transfer on grounds of convenience, remains scheduled for hearing on January 6, 2006.

The following briefing schedule for the motions set for hearing on December 20, 2005 will pertain:

1. Defendants shall file their opposition to the motion for a preliminary injunction and plaintiffs shall file their opposition to the motion to dismiss no later than December 9, 2005.

2. Plaintiffs shall file their reply in support of the motion for a preliminary injunction and defendants shall file their reply in support of the motion to dismiss no later than December 14, 2005.

All parties are reminded of their obligation to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: December 2, 2005

MAXINE M. CHESNEY
United States District Judge