UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GIRL BAR, INC., A CALIFORNIA CORPORATION, GB PRODUCTIONS, A CALIFORNIA CORPORATION, ROBIN GANS, AN INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL,<br><br>　　　　　　Defendants. | Case No. C 05 4146 MMC<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS OR TRANSFER (ON GROUNDS OF IMPROPER VENUE)**<br><br><br><br>CASE FILED: OCTOBER 13, 2005<br>JUDGE: HON. MAXINE M. CHESNEY |

///

///

///

///

///

///

///

///

---

[PROPOSED] ORDER DENYING MOTION TO DISMISS (IMPROPER VENUE)
CASE NO. C 05 4146 MMC

SFCA_376428.2

1  The Motion to Dismiss or Transfer (On Grounds of Improper Venue) (the "Motion"), filed by Defendants GIRL BAR, INC., GB PRODUCTIONS, ROBIN GANS, AND SANDY SACHS (collectively "Defendants"), came on for hearing before the above captioned Court, on December 20, 2005 with Eileen R. Ridley and Michael A. Naranjo of Foley & Lardner LLP and Jennifer J. Hagan of the Hagan Law Firm appearing on behalf Plaintiffs MARIAH HANSON, MT PRODUCTIONS, INC., AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS (collectively "Plaintiffs") and Valerie F. Horn of Valerie F. Horn & Associates, APLC appearing on behalf of Defendants.

The Court, having considered the pleadings in this matter as well as all papers submitted in support of, and in opposition to, said motion, and having heard the argument of counsel and good cause appearing - hereby DENIES the Motion in its entirety.

**IT IS SO ORDERED.**

DATED: December 30, 2005

_____
HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE – NORTHERN DISTRICT OF CALIFORNIA