**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

NANCY J. GEENEN, BAR NO. 135968
EILEEN R. RIDLEY, BAR NO. 151735
JAMES D. NGUYEN, BAR NO. 179370
MICHAEL A. NARANJO, BAR NO. 221449

ATTORNEYS FOR PLAINTIFFS, MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS

**VALERIE F. HORN & ASSOCIATES, APLC**
1801 CENTURY PARK EAST, TWENTY-FOURTH FLOOR
LOS ANGELES, CA 90067
TELEPHONE: 310.888.8494
FACSIMILE: 310.888.8499

VALERIE F. HORN, BAR NO. 151161

ATTORNEYS FOR DEFENDANTS, GIRL BAR, INC., A CALIFORNIA CORPORATION, GB PRODUCTIONS, A CALIFORNIA CORPORATION, ROBIN GANS, AN INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS,<br><br>  Plaintiffs,<br><br>  v.<br><br>GIRL BAR, INC., A CALIFORNIA CORPORATION, GB PRODUCTIONS, A CALIFORNIA CORPORATION, ROBIN GANS, AN INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL,<br><br>  Defendants. | Case No. C 05 4146 MMC<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS/FOR MORE DEFINITE STATEMENT; EXTENDING TIME FOR PLAINTIFFS TO RE-FILE OPPOSITION TO MOTION TO DISMISS/FOR MORE DEFINITE STATEMENT; AND REMOVING FROM THE CALENDAR DEFENDANTS' MOTION FOR DISCRETIONARY TRANSFER PREMISED ON CONVENIENCE**<br><br>CASE FILED: OCTOBER 13, 2005<br>JUDGE: HON. MAXINE M. CHESNEY |

///

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-12, by and between Plaintiffs , MARIAH HANSON, MT PRODUCTIONS, INC., and MARIAH HANSON dba CLUB SKIRTS and MT PRODUCTIONS (collectively "Plaintiffs"), and Defendants, GIRL BAR, INC., GB PRODUCTIONS, ROBIN GANS, AND SANDY SACHS (collectively "Defendants"), that:

[1]     Defendants' Motion for Discretionary Transfer Premised on Convenience is withdrawn and the hearing on said motion, presently scheduled for January 6, 2005, shall be permanently removed from the Court's calendar;

[2]     The hearing on Defendants' Motion to Dismiss the Third, Fourth, Sixth, and Tenth Claims for Relief for Failure to State a Claim, or Alternatively, for More Definite Statement, presently scheduled for January 6, 2005, shall be continued until March 10, 2006, at 10:00 a.m.; and

[3]     The time for Plaintiffs to re-file their Opposition to Defendants' Motion to Dismiss the Third, Fourth, Sixth, and Tenth Claims for Relief for Failure to State a Claim, or Alternatively, for More Definite Statement shall be extended to, and including, January 13, 2006, and the time for Defendants to file their Reply shall be calculated from the date of the hearing pursuant to Civil Local Rule 7-3.

IT IS SO STIPULATED.

DATED:  December 28, 2005                                    FOLEY & LARDNER LLP


                                                             /S/ Eileen R. Ridley
                                                             EILEEN R. RIDLEY
                                                             ATTORNEYS FOR PLAINTIFFS, MARIAH HANSON, MT PRODUCTIONS, INC., AND MARIAH HANSON DBA CLUB SKIRTS

///

///

///

///

///

DATED: December 23, 2005  
VALERIE F. HORN & ASSOCIATES, APLC

/S/ Valerie F. Horn  
VALERIE F. HORN  
ATTORNEYS FOR DEFENDANTS, GIRL BAR, INC., GB PRODUCTIONS, ROBIN GANS, SANDY SACHS

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

**ADDITIONALLY, THE CASE MANAGEMENT CONFERENCE IS CONTINUED FROM FEBRUARY 16, 2006 TO MARCH 10, 2006, AT 10:30 A.M. A JOINT CASE MANAGEMENT STATEMENT SHALL BE FILED NO LATER THAN MARCH 3, 2006.**

DATED: December 30, 2006

_____  
UNITED STATES DISTRICT COURT FOR THE  
NORTHERN DISTRICT OF CALIFORNIA