**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

NANCY J. GEENEN, BAR NO. 135968
EILEEN R. RIDLEY, BAR NO. 151735
JAMES D. NGUYEN, BAR NO. 179370
MICHAEL A. NARANJO, BAR NO. 221449

ATTORNEYS FOR PLAINTIFFS, MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS

**VALERIE F. HORN & ASSOCIATES, APLC**
1801 CENTURY PARK EAST, TWENTY-FOURTH FLOOR
LOS ANGELES, CA 90067
TELEPHONE: 310.888.8494
FACSIMILE: 310.888.8499

VALERIE F. HORN, BAR NO. 151161

ATTORNEYS FOR DEFENDANTS, GIRL BAR, INC., A CALIFORNIA CORPORATION, GB PRODUCTIONS, A CALIFORNIA CORPORATION, ROBIN GANS, AN INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS<br><br>Plaintiffs,<br><br>v.<br><br>GIRL BAR, INC., A CALIFORNIA CORPORATION, GB PRODUCTIONS, A CALIFORNIA CORPORATION, ROBIN GANS, AN INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL,<br><br>Defendants. | Case No. C 05 4146 MMC<br><br>**STIPULATION AND ORDER STAYING ACTION FOR SIXTY (60) DAYS**<br><br><br><br>CASE FILED: OCTOBER 13, 2005<br>JUDGE: HON. MAXINE M. CHESNEY |

///

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-
2  12, by and between Plaintiffs , MARIAH HANSON, MT PRODUCTIONS, INC., and
3  MARIAH HANSON dba CLUB SKIRTS and MT PRODUCTIONS (collectively
4  "Plaintiffs"), and Defendants, GIRL BAR, INC., GB PRODUCTIONS, ROBIN GANS,
5  AND SANDY SACHS (collectively "Defendants"), that:
6  [1]  The present action shall be stayed for a period of sixty (60) days from the
7  date of the Court's entry of this Stipulation and Order in order for the parties to mediate
8  the matter;
9  [2]  The sixty (60) day stay of this action shall not affect the entry or
10 enforcement of this Court's Order Granting In Part, and Denying in Part, Plaintiffs'
11 Motion for Preliminary Injunction (the "Injunction Order") and the Order Denying
12 Defendants' Motion to Dismiss for Improper Venue, and shall in no way affect, or
13 otherwise limit, the rights of the parties to seek relief from this Court to enforce the
14 Injunction Order; and
15 [3]  Either party may seek leave from the Court to dissolve the sixty (60) day
16 stay of this action.
17 IT IS SO STIPULATED.
18 DATED: December 23, 2005                    FOLEY & LARDNER LLP
         29

                                              _____
                                              EILEEN R. RIDLEY
                                              ATTORNEYS FOR PLAINTIFFS,
                                              MARIAH HANSON, MT
                                              PRODUCTIONS, INC., AND
                                              MARIAH HANSON DBA CLUB
                                              SKIRTS

---
1
STIPULATION AND ORDER STAYING ACTION
FOR SIXTY DAYS
CASE NO. C 05 4146 MMC

Case 3:05-cv-04146-MMC   Document 101   Filed 12/03/05   Page 3 of 3

Dec 28 2005 3:21PM    Valerie F. Horn and Assoc    3108888499          p.5
12/27/2005 16:32 FAX  415 434 2421    FOLEY & LARDNER LLP              ⌀005/015

1  DATED: December 23, 2005                VALERIE F. HORN &
                                           ASSOCIATES, APLC

                                           _____
                                           VALERIE F. HORN
                                           ATTORNEYS FOR DEFENDANTS,
                                           GIRL BAR, INC., A CALIFORNIA
                                           CORPORATION, GB
                                           PRODUCTIONS, A CALIFORNIA
                                           CORPORATION, ROBIN GANS, AN
                                           INDIVIDUAL, SANDY SACHS, AN
                                           INDIVIDUAL

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.** Additionally, the case management conference is continued from February 17, 2006 to March 10, 2006, at 10:30 a.m. A joint case management statement shall be filed no later than March 3, 2006.

DATED: December 30, 2005
                                           _____
                                           UNITED STATES DISTRICT COURT FOR THE
                                           NORTHERN DISTRICT OF CALIFORNIA