Valerie F. Horn, Esq. (CSB No. 151161)
VALERIE F. HORN & ASSOCIATES, APLC
1801 Century Park East
Twenty-Fourth Floor
Los Angeles, California 90067
Telephone: (310) 888-8494
Facsimile: (310) 888-8499

Attorneys for Defendants GIRL BAR, INC., SANDY SACHS,
ROBIN GANS AND ERRONEOUSLY NAMED GB PRODUCTIONS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH HANSON, an individual, MT PRODUCTIONS, INC., A California Corporation, and MARIAH HANSON dba CLUB SKIRTS AND MT PRODUCTIONS,<br><br>                Plaintiffs,<br><br>     vs.<br><br>GIRL BAR, INC., a California Corporation, GB PRODUCTIONS, A California Corporation, ROBIN GANS, an individual, SANDY SACHS, an individual,<br><br>                Defendants. | CASE NO. C054146MMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Mariah Hanson, MT Productions, Inc., Mariah Hanson dba Club Skirts and MT Productions, through their attorney of record, Eileen R. Ridley, Esq., of Foley & Lardner LLP, on the one hand, and Defendants Girl Bar, Inc, GB Productions, Robin Gans and Sandy Sachs, through their attorney of record, Valerie F. Horn, Esq., of Valerie F. Horn & Associates, A Professional Law Corporation, on the other hand, that the Case Management Conference presently scheduled for March 10, 2006, at

///

- 1 -

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**

1  10:30 a.m., in Courtroom 7 of the United States District Court, Northern District of California,
2  be continued until April 21, 2006, at 10:30 a.m. in Courtroom 7 of the United States District
3  Court, Northern District of California.

**IT IS SO STIPULATED**.

DATED: March 3, 2006                FOLEY & LARDNER LLP


                                    By:___/s/ Eileen R. Ridley_____
                                         EILEEN R. RIDLEY
                                         ATTORNEYS FOR PLAINTIFFS

DATED: March 3, 2006                VALERIE F. HORN & ASSOCIATES
                                    A PROFESSIONAL LAW CORPORATION


                                    By:___/s/ Valerie F. Horn_____
                                         VALERIE F. HORN
                                         ATTORNEYS FOR DEFENDANTS

- 2 -
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**

1 **ORDER**

2

3 _____Based upon the Stipulation of the parties and good cause appearing therefor,

4   It is ordered that the Case Management Conference currently scheduled for March 10, 2006, at 10:30 a.m. in Courtroom 7 of the United States District Court, Northern District of California, be continued until April 21, 2006 at 10:30 a.m. in Courtroom 7.

5

6

7   **IT IS SO ORDERED**.

8

9 DATED:  March 3, 2006                               _____
                                                     UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**