1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
2  ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
   TELEPHONE: 415.434.4484
3  FACSIMILE: 415.434.4507

4  NANCY J. GEENEN, BAR NO. 135968
   EILEEN R. RIDLEY, BAR NO. 151735
   JAMES D. NGUYEN, BAR NO. 179370
5  MICHAEL A. NARANJO, BAR NO. 221449

6  ATTORNEYS FOR PLAINTIFFS, MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS
7  

8  **VALERIE F. HORN & ASSOCIATES, A PLC**
   1801 CENTURY PARK EAST, TWENTY-FOURTH FLOOR
   LOS ANGELES, CA 90067
9  TELEPHONE: 310.888.8494
   FACSIMILE: 310.888.8499

10 VALERIE F. HORN, BAR NO. 151161

11 ATTORNEYS FOR DEFENDANTS, GIRL BAR, INC., A CALIFORNIA CORPORATION, GB PRODUCTIONS, A CALIFORNIA CORPORATION, ROBIN GANS, AN INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL
12 

13 

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16 

17 MARIAH HANSON, AN INDIVIDUAL, MT  )  Case No. C 05 4146 MMC
   PRODUCTIONS, INC., A CALIFORNIA    )
18 CORPORATION, AND MARIAH HANSON     )  **FURTHER STIPULATION AND**
   DBA CLUB SKIRTS AND MT             )  **ORDER STAYING ACTION FOR AN**
19 PRODUCTIONS                        )  **ADDITIONAL THIRTY (30) DAYS**
                                      )
20                Plaintiffs,         )
                                      )
21       v.                           )
                                      )
22 GIRL BAR, INC., A CALIFORNIA       )
   CORPORATION, GB PRODUCTIONS, A     )
23 CALIFORNIA CORPORATION, ROBIN      )  CASE FILED: OCTOBER 13, 2005
   GANS, AN INDIVIDUAL, SANDY SACHS,  )  JUDGE: HON. MAXINE M. CHESNEY
24 AN INDIVIDUAL,                     )
                                      )
25                Defendants.         )
                                      )
26                                    )
                                      )
27 _____)

28 ///

---

FURTHER STIPULATION AND ORDER STAYING ACTION
FOR AN ADDITIONAL SIXTY DAYS
CASE NO. C 05 4146 MMC

SFCA_381513.1

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-12, by and between Plaintiffs , MARIAH HANSON, MT PRODUCTIONS, INC., and MARIAH HANSON dba CLUB SKIRTS and MT PRODUCTIONS (collectively "Plaintiffs"), and Defendants, GIRL BAR, INC., GB PRODUCTIONS, ROBIN GANS, AND SANDY SACHS (collectively "Defendants"), that:

[1]   The present action has been previously stayed in order to permit the parties to mediate the matter;

[2]   The parties have mediated the matter and have entered into a settlement resolving many of the claims involved in the litigation;

[3]   The parties are currently preparing to participate in the 2006 Dinah Shore Weekend events and wish to concentrate their efforts on their business enterprises;

[4]   The parties wish to stay this action an additional thirty (30) days from the date of this order to permit the parties to conduct their businesses (which are the subject of the suit) and thereafter determine if further litigation of the action is necessary;

[5]   The additional thirty (30) day stay of this action shall not affect the entry or enforcement of this Court's Order Granting In Part, and Denying in Part, Plaintiffs' Motion for Preliminary Injunction (the "Injunction Order") - or any other order entered by the Court in this action - and shall in no way affect, or otherwise limit, the rights of the parties to seek relief from this Court to enforce the Injunction Order; and

[6]   Either party may seek leave from the Court to dissolve the additional thirty (30) day stay of this action.

IT IS SO STIPULATED.

DATED:  March 24, 2006                                    FOLEY & LARDNER LLP


_____/s/_____
EILEEN R. RIDLEY
ATTORNEYS FOR PLAINTIFFS,
MARIAH HANSON, MT
PRODUCTIONS, INC., AND
MARIAH HANSON DBA CLUB SKIRTS

DATED: March 27, 2006                           VALERIE F. HORN & ASSOCIATES, A PLC


                                                _____/s/_____
                                                VALERIE F. HORN
                                                ATTORNEYS FOR DEFENDANTS, GIRL BAR, INC., A CALIFORNIA CORPORATION, GB PRODUCTIONS, A CALIFORNIA CORPORATION, ROBIN GANS, AN INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

**The case management conference is continued from April 21, 2006 to May 19, 2006, at 10:30 a.m.  A joint case management statement shall be filed no later than May 12, 2006.**

DATED: March 31, 2006


                                                _____
                                                HON. MAXINE M. CHESNEY
                                                UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA