**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

NANCY J. GEENEN, BAR NO. 135968
EILEEN R. RIDLEY, BAR NO. 151735
JAMES D. NGUYEN, BAR NO. 179370
MICHAEL A. NARANJO, BAR NO. 221449

ATTORNEYS FOR PLAINTIFFS, MARIAH HANSON, AN
INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA
CORPORATION, AND MARIAH HANSON DBA CLUB
SKIRTS AND MT PRODUCTIONS

**VALERIE F. HORN & ASSOCIATES, A PLC**
1801 CENTURY PARK EAST, TWENTY-FOURTH FLOOR
LOS ANGELES, CA 90067
TELEPHONE:  310.888.8494
FACSIMILE:  310.888.8499

VALERIE F. HORN, BAR NO. 151161

ATTORNEYS FOR DEFENDANTS, GIRL BAR, INC., A
CALIFORNIA CORPORATION, GB PRODUCTIONS, A
CALIFORNIA CORPORATION, ROBIN GANS, AN
INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS <br><br> Plaintiffs, <br><br> v. <br><br> GIRL BAR, INC., A CALIFORNIA CORPORATION, GB PRODUCTIONS, A CALIFORNIA CORPORATION, ROBIN GANS, AN INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL, <br><br> Defendants. | Case No. C 05 4146 MMC <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br><br><br> CASE FILED:  OCTOBER 13, 2005 <br> JUDGE:  HON. MAXINE M. CHESNEY |

///

SFCA_381513.1

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs ,

2  MARIAH HANSON, MT PRODUCTIONS, INC., and MARIAH HANSON dba CLUB

3  SKIRTS and MT PRODUCTIONS (collectively "Plaintiffs"), and Defendants, GIRL

4  BAR, INC., GB PRODUCTIONS, ROBIN GANS, AND SANDY SACHS (collectively

5  "Defendants"), that:

6    [1]    The present action has been previously stayed in order to permit the parties

7  to mediate the matter;

8    [2]    The parties have mediated the matter and have entered into a settlement

9  agreement;

10    [3]    The parties are in the process of confirming completion of certain aspects

11  of the settlement agreement;

12    [4]    The parties wish to continue the presently scheduled Case Management

13  Conference (set for **May 19, 2006**) an additional thirty (30) days in order to permit

14  completion of the settlement terms and determination of whether a dismissal may be

15  filed; and

16    [5]    The additional thirty (30) day stay of this action shall not affect the entry or

17  enforcement of this Court's Order Granting In Part, and Denying in Part, Plaintiffs'

18  Motion for Preliminary Injunction (the "Injunction Order") - or any other order entered

19  by the Court in this action - and shall in no way affect, or otherwise limit, the rights of the

20  parties to seek relief from this Court to enforce the Injunction Order.

21    IT IS SO STIPULATED.

22  DATED:  May 16, 2006                          FOLEY & LARDNER LLP

23

24                                        _____/s/_____

25                                        EILEEN R. RIDLEY
                                          ATTORNEYS FOR PLAINTIFFS,
26                                        MARIAH HANSON, MT
                                          PRODUCTIONS, INC., AND
27                                        MARIAH HANSON DBA CLUB
                                          SKIRTS
28

1

SFCA_381513.1

1    DATED:  May 16, 2006                          VALERIE F. HORN &
                                                   ASSOCIATES, A PLC
2

3

4                                                  _____/s/_____
                                                   VALERIE F. HORN
5                                                  ATTORNEYS FOR DEFENDANTS,
                                                   GIRL BAR, INC., A CALIFORNIA
6                                                  CORPORATION, GB
                                                   PRODUCTIONS, A CALIFORNIA
7                                                  CORPORATION, ROBIN GANS, AN
                                                   INDIVIDUAL, SANDY SACHS, AN
8                                                  INDIVIDUAL

9

10       **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

11       **The case management conference is hereby CONTINUED from May 19, 2006**

12   **to June 23, 2006.  A joint case management statement shall be filed no later than**

13   **June 16, 2006.**

14   DATED:  May 16, 2006

15

16                                                  _____
                                                    HON. MAXINE M. CHESNEY
17                                                  UNITED STATES DISTRICT COURT FOR THE
                                                    NORTHERN DISTRICT OF CALIFORNIA
18

19

20

21

22

23

24

25

26

27

28
                                           2

SFCA_381513.1