**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

NANCY J. GEENEN, BAR NO. 135968
EILEEN R. RIDLEY, BAR NO. 151735
JAMES D. NGUYEN, BAR NO. 179370
MICHAEL A. NARANJO, BAR NO. 221449

**HAGAN LAW FIRM**
350 CAMBRIDGE AVE, SUITE 150
PALO ALTO, CA 94306
650.322.8498
650.322.8499

JENNIFER J. HAGAN, BAR NO. 157127

ATTORNEYS FOR PLAINTIFFS, MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS,<br><br>Plaintiffs,<br><br>v.<br><br>GIRL BAR, INC., A CALIFORNIA CORPORATION, GB PRODUCTIONS, A CALIFORNIA CORPORATION, ROBIN GANS, AN INDIVIDUAL, SANDY SACHS, AN INDIVIDUAL,<br><br>Defendants. | Case No. C 05 4146 MMC<br><br>**STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL PER SETTLEMENT**<br><br><br>CASE FILED: OCTOBER 13, 2005<br>JUDGE: HON. MAXINE M. CHESNEY |

///

///

///

///

///

1     Plaintiffs, MARIAH HANSON, an individual, MT PRODUCTIONS, INC., a
2 California Corporation, and MARIAH HANSON dba CLUB SKIRTS and MT
3 PRODUCTIONS (collectively "Plaintiffs") and defendants GIRL BAR, INC., a
4 California Corporation, GB PRODUCTIONS, a California Corporation, ROBIN GANS,
5 an individual, and SANDY SACHS, an individual (collectively "Defendants"), by and
6 through their attorneys of record and pursuant to the settlement of this action, hereby
7 stipulate as follows:
8     Plaintiffs' complaint shall be dismissed *without prejudice* as to any and all claims
9 related to the 2006, 2007 and 2008 contracts between the parties and Wyndham Hotels
10 and Resorts ("Wyndham") regarding the use of the Wyndham facilities during the Dinah
11 Shore Weekend. Plaintiff's complaint shall be dismissed with prejudice as to all other
12 claims.
13     IT IS SO STIPULATED.

14 DATED: June 22, 2006                                                 FOLEY & LARDNER LLP

                                                                             /s/ Michael A. Naranjo
                                                                             MICHAEL A. NARANJO
                                                                             COUNSEL FOR PLAINTIFFS MARIAH HANSON, AN INDIVIDUAL, MT PRODUCTIONS, INC., A CALIFORNIA CORPORATION, AND MARIAH HANSON DBA CLUB SKIRTS AND MT PRODUCTIONS

DATED: June 22, 2006                                                 VALERIE F. HORN AND ASSOCIATES a PLC

                                                                             /s/ Valerie F. Horn
                                                                             VALERIE F. HORN
                                                                              COUNSEL FOR DEFENDANTS GIRL BAR, INC., GB PRODUCTIONS, ROBIN GANS, AND SANDY SACHS, AN INDIVIDUAL

---

STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL PER SETTLEMENT
CASE NO. C 05 4146 MMC

SFCA_379628.3

1  IT IS SO ORDERED.

2
   DATED: June 22, 2006
3

4
                                              _____
5                                             Hon. MAXINE M. CHESNEY
                                              U.S. DISTRICT COURT JUDGE
6